**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF NEW JERSEY

Case number (if known): _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **PLA6 88 LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-1480260** |
| 4. | **Debtor's address** | **Principal place of business** **255 Prospect St** **East Orange, NJ 07017** Number, Street, City, State & ZIP Code **Essex** County  **Mailing address, if different from principal place of business** **80 West Century Road** **Paramus, NJ 07652** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **255 Prospect St.** **284 Prospect St. East Orange, NJ 07017** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **PLA6 88 LLC** _____ Case number (*if known*) _____
    Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ■ None of the above <br><br> B. *Check all that apply* <br> ☐ Tax-exempt entity (as described in 26 U.S.C. §501) <br> ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) <br> ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) <br><br> C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. <br>    __5311__ |
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** <br><br> A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:* <br> ☐ Chapter 7 <br> ☐ Chapter 9 <br> ■ Chapter 11. *Check **all** that apply*: <br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>    ☐ A plan is being filed with this petition. <br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ☐ Chapter 12 |
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br> If more than 2 cases, attach a separate list. | ■ No. <br> ☐ Yes. <br><br> District _____ When _____ Case number _____ <br> District _____ When _____ Case number _____ |

Debtor  **PLA6 88 LLC**                                                                    Case number (*if known*)
          Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ☐ No
    ■ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor     **See Attachment**                                Relationship
    District                     When                            Case number, if known

11. **Why is the case filed in *this district*?**  *Check all that apply:*
    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ■ No
    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard?
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other

    **Where is the property?**
                                                     Number, Street, City, State & ZIP Code
    **Is the property insured?**
    ☐ No
    ☐ Yes.   Insurance agency
             Contact name
             Phone

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**  *Check one:*
    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    ■ 1-49                ☐ 1,000-5,000         ☐ 25,001-50,000
    ☐ 50-99               ☐ 5001-10,000         ☐ 50,001-100,000
    ☐ 100-199             ☐ 10,001-25,000       ☐ More than100,000
    ☐ 200-999

15. **Estimated Assets**
    ■ $0 - $50,000                  ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
    ☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million      ☐ More than $50 billion

16. **Estimated liabilities**
    ☐ $0 - $50,000                  ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion

---

Official Form 201                  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                  page 3

Debtor **PLA6 88 LLC**  Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **PLA6 88 LLC**
Name

Case number (*if known*)

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 13, 2024**
MM / DD / YYYY

X **/s/ Thomas J. Caleca**           **Thomas J. Caleca**
Signature of authorized representative of debtor      Printed name

Title **Authorized Representative**

---

**18. Signature of attorney**

X **/s/ Douglas J. McGill, Esq.**           Date **June 13, 2024**
Signature of attorney for debtor           MM / DD / YYYY

**Douglas J. McGill, Esq.**
Printed name

**Webber McGill LLC**
Firm name

**100 E. Hanover Avenue
Suite 401
Cedar Knolls, NJ 07927**
Number, Street, City, State & ZIP Code

Contact phone **(973) 739-9559**   Email address **dmcgill@webbermcgill.com**

Bar number and State

---

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 5

Debtor **PLA6 88 LLC** _____ Case number *(if known)* _____

Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **210 Springdale EO LLC** | | Relationship to you | | **Affiliate** |
| District | **New Jersey** | When **6/11/24** | Case number, if known | | **24-15881** |
| Debtor | **31 Beech EO Proud LLC** | | Relationship to you | | **Affiliate** |
| District | **New Jersey** | When **6/11/24** | Case number, if known | | **24-15883** |
| Debtor | **PL MM VI LLC** | | Relationship to you | | **Affiliate** |
| District | **New Jersey** | When **6/13/24** | Case number, if known | | **24-15993** |

**Fill in this information to identify the case:**

Debtor name: **PLA6 88 LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 13, 2024**         X **/s/ Thomas J. Caleca**
                                          Signature of individual signing on behalf of debtor

                                          **Thomas J. Caleca**
                                          Printed name

                                          **Authorized Representative**
                                          Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | PLA6 88 LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Apartments.com<br>2563 Collection Center Dr<br>Chicago, IL 60693 | | | | | | $0.00 |
| Assata K. Johnson | | | | | | $1,425.00 |
| East Orange Water Commission<br>PO Box 829793<br>Philadelphia, PA 19182-9793 | | | | | | $112,205.99 |
| Ehrlich, Petriello, Gudin, Plaza & Reed<br>60 Park Place<br>Suite 1016<br>Newark, NJ 07102 | | | | | | $1,284.50 |
| Khepri LLC<br>162 Elmora Avenue Apt 363<br>Elizabeth, NJ 07202 | | | | | | $55,067.53 |
| NES Exemption Services<br>604 Packard Crt<br>Safety Harbor, FL 34695 | | | | | | $5,502.45 |
| ProudLiving Companies LLC<br>80 West Century Road<br>Paramus, NJ 07652 | | | | | | $27,143.24 |
| ProudLiving Construction LLC<br>80 West Century Road, Suite 101<br>Paramus, NJ 07652 | | | | | | $982,006.39 |

Debtor **PLA6 88 LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ProudLiving Realty LLC**<br>80 West Century Road<br>Paramus, NJ 07652 | | | | | | $49,322.93 |
| **PSE&G**<br>PO Box 14444<br>New Brunswick, NJ 08906-0444 | | | | | | $209,743.13 |
| **Ronnie K. Hickman** | | | | | | $500.00 |
| **Sobel Han & Cannon, LLP**<br>365 W. Passaic Street<br>Suite 270<br>Rochelle Park, NJ 07662 | | | | | | $2,422.00 |
| **Sparrow Management LLC**<br>593 Bloomfield Avenue<br>Bloomfield, NJ 07003 | | | | | | $12,270.56 |
| **Verizon**<br>P.O. Box 4833<br>Trenton, NJ 08650 | | | | | | $504.43 |

# United States Bankruptcy Court
### District of New Jersey

In re  **PLA6 88 LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 13, 2024**

**/s/ Thomas J. Caleca**  
**Thomas J. Caleca**/**Authorized Representative**  
Signer/Title

```
Apartments.com
2563 Collection Center Dr
Chicago, IL 60693


Assata K. Johnson



East Orange Portfolio Owner, LLC
333 Earle Ovington Blvd.
Suite 900
Uniondale, NY 11553


East Orange Water Commission
PO Box 829793
Philadelphia, PA 19182-9793


Ehrlich, Petriello, Gudin, Plaza & Reed
60 Park Place
Suite 1016
Newark, NJ 07102


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Khepri LLC
162 Elmora Avenue
Apt 363
Elizabeth, NJ 07202


NES Exemption Services
604 Packard Crt
Safety Harbor, FL 34695


New Jersey Division of Taxation
Compliance & Enforcement - Bankruptcy
50 Barrack Street, 9th Floor
PO Box 245
Trenton, NJ 08695


Philip S. Rosen, Esq.
Zeichner Ellman & Krause LLP
33 Wood Avenue South
Suite 110
Iselin, NJ 08830
```

```
ProudLiving Companies LLC
80 West Century Road
Paramus, NJ 07652


ProudLiving Construction LLC
80 West Century Road, Suite 101
Paramus, NJ 07652


ProudLiving Realty LLC
80 West Century Road
Paramus, NJ 07652


PSE&G
PO Box 14444
New Brunswick, NJ 08906-0444


Ronnie K. Hickman



Sobel Han & Cannon, LLP
365 W. Passaic Street
Suite 270
Rochelle Park, NJ 07662


Sparrow Management LLC
593 Bloomfield Avenue
Bloomfield, NJ 07003


Verizon
P.O. Box 4833
Trenton, NJ 08650
```

# United States Bankruptcy Court
## District of New Jersey

In re **PLA6 88 LLC**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **PLA6 88 LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**PLA Six Portfolio JV LLC**
**80 West Century Road**
**Paramus, NJ 07652**

☐ None [*Check if applicable*]

**June 13, 2024**
Date

**/s/ Douglas J. McGill, Esq.**
**Douglas J. McGill, Esq.**
Signature of Attorney or Litigant
Counsel for **PLA6 88 LLC**
**Webber McGill LLC**
**100 E. Hanover Avenue**
**Suite 401**
**Cedar Knolls, NJ 07927**
**(973) 739-9559 Fax:(973) 739-9575**
**dmcgill@webbermcgill.com**